```
                      UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA

                      CASE NO. 07-81232-CIV-ZLOCH
```

MURIEL BALDWIN and ANITA K.
HOLMES, on behalf of
themselves and others
similarly situated,

      Plaintiffs,

vs.                               **FINAL ORDER OF DISMISSAL**

PALM BEACH COUNTY SCHOOL
BOARD,

      Defendant.
_____/

    THIS MATTER is before the Court sua sponte. The Court entered its Order For Pre-Trial Conference (DE 9) dated January 29, 2008 setting July 3, 2008 as the date by which the Pre-Trial Stipulation must be filed.

    No request or Motion For Continuance of the Pre-Trial Conference has been filed, no request or Motion For Extension Of Time Within Which To File Pre-Trial Stipulation has been filed, and no Unilateral Pre-Trial Catalog has been filed by the Plaintiff as of July 3, 2008, as required by this Court's Order (DE 9) For Pre-Trial Conference and by Rule 16.1, Local Rules for the Southern District of Florida.

    This Court has further reviewed the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that the Complaint filed in this matter

be and the same is hereby **DISMISSED**, without prejudice, for failure of the Plaintiff to comply with the Order of this Court and for failure of the Plaintiff to comply with Rule 16.1, Local Rules for the Southern District of Florida.

   **IT IS FURTHER ORDERED AND ADJUDGED** that the Pre-Trial Conference previously scheduled in the above-styled cause is hereby canceled.

   **IT IS FURTHER ORDERED AND ADJUDGED** that to the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

   **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___17th___ day of July, 2008.

                                    _____
                                    WILLIAM J. ZLOCH
                                    United States District Judge

Copies furnished:

Anthony Gore, Esq.
Gregg I. Shavitz, Esq.
For Plaintiffs

Sonia E. Hill, Esq.
For Defendant